JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PILARITA AQUINO,<br><br>              Plaintiff,<br><br>v.<br><br>INDYMAC BANK F.S.B.,<br><br>              Defendant.<br>_____ | Case No. CV 10-7113 DSF (JEMx)<br><br>JUDGMENT OF DISMISSAL |

By order dated December 3, 2010, the Court ordered that this case be dismissed by consent of Plaintiff as evidenced by Plaintiff's lack of opposition to a motion to dismiss. Leave to amend was granted, but no amended complaint has been filed.

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed without prejudice as to defendant Mortgage Electronic Registration Systems, Inc., and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

revised 12/10

| | |
|---|---|
| Dated: 5/17/11 | |
| | DALE S. FISCHER<br>United States District Judge |